# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:14CR391 |
| vs. | ) | ORDER |
| JESSIE SAENZ-VALDEZ, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Jessie Saenz-Valdez (Saenz-Valdez) to reconsider detention (Filing No. 47). Saenz-Valdez's proposed third-party custodian was investigated by Pretrial Services (Filing No. 50). The addition of a third-party custodian does not alleviate the flight risk or danger to the community if Saenz-Valdez were released. The motion (Filing No. 47) is denied.

**IT IS SO ORDERED.**

DATED this 7th day of May, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge