IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JESSIE SAENZ-VALDEZ,<br><br>                Defendant. | 8:14CR391<br><br>ORDER FOR DISMISSAL |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 179) the Amended Petition for Offender Under Supervision (Filing No. 163). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion is granted and the Amended Petition for Offender Under Supervision is dismissed.

2. The remainder of the defendant's supervised release term is terminated.

Dated this 17th day of December 2020.

BY THE COURT:

s/Joseph F. Bataillon
Senior United States District Judge